IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JARROD STEWART ROBERTS,      )
an individual,               )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       3:12cv985-MHT
                             )          (WO)
SR&F ARCHITECTS; et al.,     )
                             )
     Defendants.             )
```

JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 30), it is the ORDER, JUDGMENT, and DECREE of the court that defendant SR&F Architects and the claims against it are dismissed with prejudice, with the parties to bear their own costs.  Defendant SR&F is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 15th day of March, 2013.

                                             /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE