IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JARROD STEWART ROBERTS,<br>an individual, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>SR&F ARCHITECTS; et al., )<br>)<br>    Defendants. ) | <br><br><br><br>CIVIL ACTION NO.<br>3:12cv985-MHT<br>(WO) |

AMENDED JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 30), it is the ORDER, JUDGMENT, and DECREE of the court that defendant SR&F Architects and the claims against it and the counterclaims brought by it are dismissed with prejudice, with the parties to bear their own costs.  Defendant SR&F Architects is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 9th day of May, 2013.

                     /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE