IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JARROD STEWART ROBERTS, )<br>an individual,            )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>DONALD H. ALLEN               )<br>DEVELOPMENT, INC., an         )<br>Alabama corporation, and      )<br>MARTIN G. ROACH, an           )<br>individual,                   )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>3:12cv985-MHT<br>(WO) |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 30), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Martin G. Roach and the claims against him and the counterclaims brought by him are dismissed with prejudice, with the parties to bear their own costs.  Defendant Roach is terminated as a party.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 13th day of May, 2013.**

                                       /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**