IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JARROD STEWART ROBERTS,     )
an individual,              )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )       3:12cv985-MHT
                            )          (WO)
DONALD H. ALLEN             )
DEVELOPMENT, INC., an       )
Alabama corporation,        )
                            )
     Defendants.            )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 35), it is the ORDER, JUDGMENT, and DECREE of the court that defendant David H. Allen Development, Inc. and the claims against it and the counterclaims brought by it are dismissed with prejudice, with the parties to bear their own costs.  Said defendant is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of July, 2013.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE